IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| DANIEL LEE BOSS, #1492387 | § | |
| VS. | § | CIVIL ACTION NO. 4:11cv387 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER

The above-entitled and numbered civil action was referred to United States Magistrate Judge Don D. Bush. The Court issued an Initial Report and Recommendation (docket entry #11), which contains proposed findings of fact and recommendations for the disposition of Petitioner's motion for summary judgment (docket entry #10). No objections were filed. This Court is of the opinion that the findings and conclusions in the Report and Recommendation are correct, and adopts the same as the findings and conclusions of this Court. It is therefore

**ORDERED** that Petitioner's motion for summary judgment (docket entry #10) is **DENIED**.

**SIGNED this the 28th day of September, 2012.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE